JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 651 -- In re Hijacking of Kuwait Airways Aircarft to Iran on December 3, 1984

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/30 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SVC. -- Deft. Kuwait Airways Corporation -- SUGGESTED TRANSFEREE: SOUTHERN DISTRICT OF NEW YORK SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/06/10 | | HEARING ORDER -- setting motion for transfer for Panel Hearing on July 11, 1985 in Boston, Mass. (emh) |
| 85/06/10 | | APPEARANCES -- ROGER C. JOHNSON for Charles Kapar RALPH P. DUPONT, ESQ. for Lorraine P. Stanford, etc and Edwena R. Hegna, etc.; MICHAEL J. HOLLAND, ESQ. for Kuwait Airways Corp. CHARLES R. MCBRIER, JR., ESQ. for Pan American World Airways (cds) |
| 85/06/14 | 2 | RESPONSE/MEMORANDUM -- Pltf. Charles Kapar w/cert. of svc. (ds) |
| 85/06/21 | 3 | REPLY BRIEF -- Kuwait Airways Corp. w/exhibits A thru C and cert. of svc. (ds) |
| 85/06/25 | 4 | RESPONSE -- deft. Pan American World Airways, Inc. w/cert. of svc. (ds) |
| 85/07/10 | | HEARING APPEARANCES -- MICHAEL J. HOLLAND, ESQ. for Kuwait Airways Corp. and ROGER C. JOHNSON, ESQ. for Charles Kapar (rh) |
| 85/07/10 | | WAIVER OF ORAL ARGUMENT -- PAN AMERICAN WORLD AIRWAYS, INC.; LORRAINE P. STANFORD; AND EDWENA R. HEGNA (rh) |
| 85/07/09 | 5 | SURREPLY -- pltf. Kuwait Airways Corp. -- w/Exhibit and cert. of service (cds) |
| 85/07/18 | D | ORDER DENYING TRANSFER -- ORDER DENIES TRANSFER PURSUANT TO 28 U.S.C. §1407 (A-1 THROUGH A-3); NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, HEARING CLERK, 7 RECIPIENTS. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 651 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Hijacking of Kuwait Airways Aircraft to Iran on December 3, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 05/07/18

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 651 -- In re Hijacking of Kuwait Airways Aircraft to Iran on December 3, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Charles Kapar v. Kuwait Airways Corporation, et al. | D.C. Greene | 85-Civ-1304 (HHG) | | | | |
| A-2 | Lorraine P. Stanford, etc. v. Kuwait Airways Corporation | N.Y.,S. Sofaer | 85-Civ-0477 (ADS) | | | | |
| A-3 | Edwena R. Hegna, etc. v. Kuwait Airways Corporation | N.Y.,S. Sofaer | 85-Civ-2448 (ADS) | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 651 -- In re Hijacking of Kuwait Airways Aircraft to Iran on December 3, 1984

---

CHARLES KAPAR (A-1)
Roger C. Johnson, Esq.
Koonz, McKenney & Johnson
2020 K Street, N.W.
Suite 840
Washington, D.C.  20006

LORRAINE P. STANFORD, ETC. (A-2)
Ralph P. Dupont, Esq.
Dupont and Tobin, P.C.
P.O. Box 58
43 Broad Street
New London, CT  06320

EDWENA R. HEGNA, ETC. (A-3)
Ralph P. Dupont, Esq.
(Same as A-2)

KUWAIT AIRWAYS CORPORATION
Michael J. Holland, Esq.
Condon & Forsyth
1251 Avenue of Americas
New York, NY  10020

PAN AMERICAN WORLD AIRWAYS
Charles R. McBrier, Jr., Esq.
Galiher, Clarke & Galiher
Suite 506
1133 - 15th Street, N.W.
Washington, D.C.  20005

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 651 -- In re Hijacking of Kuwait Airways Aircraft to Iran on December 3, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kuwait Airways Corporation | A-1, A-2, A-3 |
| Pan American World Airways | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |