JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 18 1985

PATRICIA D. LOMBARD
CLERK OF THE PANEL

DOCKET NO. 651

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HIJACKING OF KUWAIT AIRWAYS AIRCRAFT TO IRAN ON DECEMBER 3, 1984

ORDER DENYING TRANSFER

This litigation presently consists of three actions pending in two federal districts: two actions in the Southern District of New York and one action in the District of the District of Columbia. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Kuwait Airways Corporation, a defendant in all actions, to transfer the District of Columbia action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending there. Plaintiff in the District of Columbia action opposes transfer.

On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1981).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>DOCKET NO. 651 -- IN RE HIJACKING OF KUWAIT AIRWAYS AIRCRAFT TO IRAN ON DECEMBER 3, 1984</u>

<u>District of the District of Columbia</u>

<u>Charles Kapar v. Kuwait Airways Corp., et al.</u>, C.A. No. 85-Civ-1304

<u>Southern District of New York</u>

<u>Lorraine P. Stanford, etc. v. Kuwait Airways Corp.</u>, C.A. No. 85-Civ-0477

<u>Edwena R. Hegna, etc. v. Kuwait Airways Corp.</u>, C.A. No. 85-Civ-2448